[No. 6896-0-III.   Division Three.   March 27, 1986.]

*In the Matter of* TAMMY SEILER, ET AL.

Appeal from judgments of the Superior Court for Yakima County, Nos. 82-7-00120-6, 82-7-00129-2, Stephen M. Brown, J. Pro Tem., entered December 10, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6721-1-III.   Division Three.   March 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MICHAEL WIZINSKY, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84-1-00448-8, William G. Luscher, J., entered August 14, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[No. 7124-0-II.   Division Two.   March 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH CLIFFORD NORTHUP, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00029-0, John H. Kirkwood, J., entered June 10, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 7128-2-II.   Division Two.   March 28, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EUGENE JAMES ROBSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 5992, Gerald B. Chamberlin, J., entered June 27, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.